**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RECEIVED

SEP 22 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Margaret Brooks
(Margaret Georgianna Brooks) aka "Maggie"

(Enter above the full name of the plaintiff or plaintiffs in this action)

23cv14161
Judge LaShonda A. Hunt
Magistrate Judge Keri L. Holleb Hotaling
PC9
RANDOM

vs.

William Duffy,
Regina Scannichio, Cameron Michael, EPD
Stephanie Saltouros = 2nd District
Jeffrey Chrones = 5-24-23 2nd District
Natosha Toller = 7-27-23 Bond Court 2650 S. California
Cook County, State of Illinois

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
A. Name: Margaret (Maggie) Georgianna Brooks
B. List all aliases: Margaret (Maggie) Keefe
C. Prisoner identification number: 2023 0524147
D. Place of present confinement: CCCF 2650 S. California, Chicago, IL
E. Address: Cook County Correctional Facility & RTU 5B

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: William Duffy
Title: X husband
Place of Employment: Regent Financial Investments

B. Defendant: Judge Regina Scannichio
Title: Domestic Relations Judge
Place of Employment: 50 W. Washington, Chicago, IL

C. Defendant: Alex Holmes / Officer Cameron Michael
Title: Skokie Courthouse and EPD
Place of Employment: Evanston Police Department and 2nd Municipal District, 5600 Old Orchard Road, Skokie IL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II.

(page 2 continued)

List of Defendants

... continued from page 2

D. Cameron Michael
   Police Officer
   Evanston Police Department
   Evanston, IL 60201

E. Stephanie Saltouros (Judge)
   Skokie Judge
   2nd Municipal District Courthouse
   Skokie, IL 60077

F. Jeffrey Chrones (Judge)
   Skokie Judge
   2nd Municipal District Courthouse
   Skokie, IL 60077

G. Judge Natosha Toller
   Cook County Correctional Facility Judge
   2650 S. California Avenue
   Chicago, IL 60608

H. Schenith Stewart
   Chief of Police
   Evanston Police Department, 60201

I. Officer Mendoza #191
   Police Officer
   Evanston Police Department

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Dissolution of Marriage 2011, Maintenance 2015-2017, Illegal maintenance perjury + years of contempt 2021 - present

B. Approximate date of filing lawsuit: Domestic violence = child abuse to Helen, Rose, + Patty to death, 2017, 2021, 2022, 2023

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Margaret (Maggie) Ann Keefe
Margaret (Maggie) Georgianna Brooks
Helen Keefe Duffy

D. List all defendants: William Duffy, Monika Lotter, Hurst, Robin + Kay, Regina Scannichio, Evanston Police Department, Michelle Keefe Radke, Kathy Malloy, Annie Crosby Lesch, Kristin Andrews, Jennifer McCartney, Renee Estabrook, Cameron Michael = EPD, Stephanie Saltouras, Jeffrey Chrones, Natasha Toller, Officer Mendoza = EPD, Shenith Stewart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ①2011 = Clerk of Circuit Court, 50 W. Washington, Chicago; 2015, 2016, 2017, 2021 ②2022 = 555 Harrison Domestic Violence Cts.; 2022 - present ③ U.S. Federal Court, 219 Dearborn, Chicago, February 2023

F. Name of judge to whom case was assigned: Regina Scannichio

G. Basic claim made: Maintenance owed since 2016, settlement for home for Mother + children, Duffy + Lotter's pre-meditated hipaa, financial + maintenance abuse/crimes including pre-meditated child abuse to Helen Keefe Duffy for a decade + psychological abuse to all three children with malicious slander about their Mother + illegal phone blocking.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DV2018301: dismissed in April 2023, based on Habeas Corpus Order of protection in 1-2023 to benefit Duffy's retaliatory abuse + protect him from federal prosecution. DV June 2011 = maintenance still owed; Domestic Violence courts - pm

I. Approximate date of disposition: abuse to Helen on record w/ DCFS since 2017 exposing Duffy's pre-meditated, deliberate malicious perjury, deception and financial/hipaa crimes to inflict deliberate abuse to Helen, Rose + Patty which Helen suffered the most from.

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. Statement of Claim

William Duffy is in violation of the U.S. Constitution, as well as repeated Hipaa crimes to falsify my medical records as one of his many strategies to escape paying and complying with the law of maintenance.

The dissolution of marriage was accelerated after years of deterioration, due to 'Duffy's' lifelong alcoholism, explicit sexual behavior and calculated defiance of trust, union and all laws. His continuous reckless acts led to Duffy infecting me ('Brooks') with HPV which was an immoral violation of my dignity and was confirmed / found to have originated from him years ago. His foolish behaviors began long before courtship in 1997.

Duffy's financial abuse in recent years with multi-faceted diabolical deception, vindictive ambush tactics with planned hospitalizations, mental illness slander & pharmaceutical intimidation and threats in exchange for owed financial compensation & my rights to freedom, children & liberty; have been beyond inhumane for years. Duffy's deprivation of my communications, relations, housing, food and minimal law of maintenance requirements between my children and I are as disrespectful as pathetic. It has been impossible to articulate in writing (or verbally), the capacity of his carefully measured, shocking deceit after decades of his coerced manipulation.

In 2011 Duffy deviously seized the home I shared with my children at 2325 Marcy, in Evanston, IL. This home was in Brooks/Keefe's name as a distinguished, healthy, stay at home mother and professional teacher with

two college degrees specializing in family communications, development and education; up until 2010 when Duffy knew the marriage was already in ruins from years prior, to separation. Duffy plotted every step of his courtroom vilification and deliberate perjury with outrageous slander about me to cripple me (& my children) financially, by stealing the home, my portion of the sale of the home, and his forced displacement to me for the past 12 years.

This, and his past 7 years of cunning financial + psychological abuse + gaslighting to my children and I, is in violation of Article 7, Amendment 4 of the U.S. Constitution, "The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches + seizures shall not be violated."

Duffy and his counsel's cyber and phone stalking, along with stalking and harassing me in multiple workplaces, while manipulating everyone in my life with his bogus + fraudulent claims to protect himself from prosecution, are as abhorrent as his child abuse and criminal phone blocking. Duffy's gaming and long list of abuses were exposed by Schiller, DuCanto + Fleck, (my previous counsel) in 2017, with his many accomplices in and out of state. ↳ (& 2016) = (especially his devious behaviors w/ Kathy Molloy, Michelle Keefe Radke, counsel, Mother Mary Duffy + Julie, Monika Lotter, Dan + Debbie McIntyre, Jenifer McCartney, Annie Crosby Lesch, EPD Officer Cameron Michael)

Duffy's trolling and abuse of power with Evanston Police officer Cameron Michael w/in the past 8 months is in violation of 'Article 7, Amendment 5' of the U.S. Constitution. Their behavior on 1·31·23, w/ an illegal arrest which included bribery, Duffy's illegal defamatory claims created with his counsel in January of 2023, was pure retaliation. out of absolute retaliation to protect himself from federal prosecution; further abused me and my rights with a repeated wrongful + abusive arrest with his counsel on May 24, 2023. This included an excessive and illegal incarceration and bond amount beyond all legal limits, for no reason whatsoever, again violating 'Article 7, Amendment 8' of the U.S. Constitution, to this moment. Duffy's behavior with the EPD is disgusting.

    Court transcripts and emails will prove the Habeas Corpus order of protection was dropped in April 2023, and I was called to return to IL collect my children, and the over 3 million in maintenance Duffy owes me.
Court Zoom recordings, counsel Demijan Brnosvek and records at 555 Harrison, Chicago, will also prove decades of Duffy's abuse, especially since 2016 and 2021, since the original theft of the family home at 2325 Marcy, Evanston, IL, in 2011. This also includes the DCFS case in effect since 2017 regarding Duffy's alcoholism, gambling, gaming and stalking addictions with his counsel + cruelty from his mother,

Mary Duffy, to my daughter Helen since she was a little girl. I have respectfully tolerated 25 years of vicious irreparable barbaric abuse and brutal discrimination in the Cook County court system from Duffy's twisted savage dishonesty, and also, heartless judgement, dispositions from misrepresentation and lack of. Attached to this document is a list of abuses I shared w/ DCFS in 2017 & 2022.

V. Relief

I, known to the courts as 'Keefe/Brooks' due to Duffy's permanent damage from over 25 years of his blasphemous maltreatment and corruption, pray for relief from the PTSD he intended to inflict on my children and I, as well as permanent life destruction he caused by breaking the law of maintenance and illegally separating me from my children. Duffy & his counsel psychologically distorted the facts and the law with dishonesty & perjury to everyone, including my children, leading many people to believe atrocious, untrue & cruel rumors & slander about me. Displacement since his hipaa crimes has cost me & many others millions in healthcare, housing & career costs as well as he destroyed my children's academic careers and abused them, Helen especially, to teenage death w/ partner Monika Lotter. I ask the federal courts to enforce him to follow the law of maintenance and pay me the over 3 million he owes me in back maintenance, and for the permanent destruction & damage to my life and

my childrens. I ask he Duffy be forced to go to treatment for his addictions & abuse and be ordered to take psychiatric medication and not ever be w/in 60 miles of me. The defamation and obnoxious arrests and games for years, especially in 2023, warrant punishment + 10 years deprivation of my children, housing & basic needs, to him. Additionally, the crimes (hipaa & humane financial), he Duffy conspired with many people, caused my children equal amounts of PTSD and communication, social and educational failures that have hindered their success and ability to feel safe, and trust anyone. My children and I deserve the life we started and had, free of stress, exploitation, and toxic abuse by William Duffy and his accomplices & counsel who blatantly lied to my children and the courts. I am asking for a remedy in the Plaintiff's favor, Margaret Brooks, and against the defendant William Duffy in the amount of (10,000,000.00) ten million dollars for interest, maintenance and pain and extreme suffering. I find this to be fair and just in the court of law.

Respectfully Submitted,
Margaret G. Brooks
Margaret (maggie) Brooks

<u>Addendum to Statement of Claim</u> - DCFS reports on Duffy's abuse. William Duffy's pre-meditated child abuse to Brooks' children Helen, Rose & Patty as shared with DCFS in January 2017 and re-opened the case in November 2022.

1. Insulting food choices from Duffy and extended family members
2. Threatening & intimidating my children to not speak to me
3. Listening to all of their conversations on the phone
4. Entering their bedrooms at night and seizing their phones to read messages & intercept all of their communication with me and others, while blocking their phone, to not receive incoming calls & texts from Brooks, (w/out their knowledge), since they were of age to have phone/Ipod, (as was reported by the children when they woke up & found him on their phones).
5. The girls called me only when outside of the home because of his intimidation & threats
6. Keg parties and massive underage drinking with Duffy's tailgates every Saturday during Northwestern games. Duffy found humor & self-esteem from providing under age drinking while putting my children in dangerous situations in alleys & at night. Multiple emails were sent to my counsel asking for help to stop his maniacal alcoholism & childish parties.

⑦ physical abuse
⑧ locking the children in their bedrooms for hours (and sometimes all day/evening while having parties)
⑨ abusing the family pet to the point of having seizures, and then he put both pets to sleep in the same year (2017), he broke the law of maintenance and the girls had no contact with me since 2016 because I didn't have a home. My girls lost both pets I bought for them because of his selfishness & refusal to comply with the law. Multiple doctors specifically ordered this to not happen, & the Guardian at Litem all all of this abuse to happen & continue.
⑩ Taking the children out of the country & participating in risky behaviors w/out telling me & he threatened the children to not tell me anything.
⑪ Allowing my children to receive psychiatric evaluations without pertinent history from their Mom, (Brooks), which he did on purpose to conceal his hipaa tampering/crimes & non-stop law breaking behaviors, in violation of every word & agreement on the joint parenting agreement, (article 4)
⑫ prescribing mind altering medication to my children w/ psychiatric medications; from wrongful diagnosis to (very wrongful) Duffy's cover up his dishonesty so that the children could not recall or report his abuse to the authorities.

⑬ Lying to my children & telling them they are poor when he purposely concealed his millions thinking he had gained / "killed me off" to the point where his financial psychosis has him believe his own lies & dishonesty while refuting the law of maintenance for years. He denied them opportunities, priveledges, their Mom, travel, a better, cleaner & safer home away from his mobster friends, clothing & basic needs including vitamins & nourishing organic foods, (fruits & vegetables) & repeat requests from Rose & Helen to have a gluten & dairy free meal plan & Patty's requests for healthier dinners like Brooks!

⑭ Lying to my children and slandering their mother (in public & private), accusing Brooks of being "sick," causing the children's foundation of everything to be unstable.

⑮ Including family members in that slander caused my children the inability to trust any family member on either side.

⑯ Lying to my children & telling them I abandoned them in 2017, while Duffy maliciously withheld the truth, money & his true evil nature for 7 years denying them their right to their mom (Brooks) & their right to be with & live with their mom (Brooks) privately in their own home together with their own bedrooms.

⑰ Repeatedly denying ~~any~~ Brooks' children proper nutrition, vitamins

and safe transportation. As young girls (& now), Duffy has put Brooks children in harms way forcing them to walk in dangerous circumstances w/out giving them new, safe cars, (or rides) while being cheap & deceitful & selfish depriving them of private, safe transportation. While growing up the children were accustomed to Volvo's and Suburbans/SUV's with high safety ratings.

(18) Mocking Brooks to the children with atrocious rumors, lies and extremely <u>untrue</u> "stories" created by extended family members and <u>very estranged</u> jealous friends of Brooks' who participated in all of Duffy's perjury & are/were afraid to confess. This caused Rose & Helen to have a major breakdown in November 2017.

(19) Duffy's abuse w/ his partner → Monika Lotter whom he introduced to the children after aggressively abusing Brooks by breaking the law of maintenance, & leaving ~~her~~ Brooks with nowhere →(& federal crime) to live. This retaliatory childish behavior, in addition to other abuses ~~he~~ Duffy & his accomplices have pre-meditated to Brooks & her children, were plotted vile acts of crimes.

(20) Wrongfully arresting Brooks twice in 6 months for <u>no reason</u> but to protect himself, & illegal abusive unconstitutional incarceration to Brooks to protect himself.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See Attached Documentation → page 4of5 in statement of Claim, as well as list of child abuse on addendum. (Filed federal lawsuit in February 2023, this is the 2nd time submitting it) enormous array of abuse to Helen at ETHS throughout high school career by Billy, Monika, Peter ?? & McKinney-Vento project, as well as the outdoor ed teacher in 2021. I specifically recommended boarding school in CT repeatedly for Helen's safety, health & wellbeing & was mocked by both families & Duffy/Lotter

**VI.** The plaintiff demands that the case be tried by a jury. ☐ YES  ☒ NO for being "pretentious" and "over-educated." Duffy & Lotter's obnoxious cruel behaviors at both/all of my girls

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

graduations exposed their evil nature & lack of love & respect for my children.

Signed this 28th day of August, 2023

Their immature behavior & crimes, has violated (have)

___Margaret G. Brooks___
(Signature of plaintiff or plaintiffs)

___Margaret G. Brooks___
(Print name)

every legal agreement, as well as what the therapist / mediator

___202305241 47___
(I.D. Number)

___2650 S. California Ave, 8RTU 5B___

___Chicago, IL 60608___

(Address)

Hank Kinzie advised in 2010. Duffy & Lotter owe me & Helen millions in plotted abuse & oppression, deceit & money laundering they committed in San Fran, Lake Forest, TX & WI,

6

Revised 9/2007

Brooks
8RTU 5B 2700 S California Ave
CCJ
2650 S. California Ave.
Chicago, IL 60608

20230524147





United States District Court
Submission of Federal Lawsuits
and/from "prisoner" Correspondence

219 South Dearborn Street
Chicago, IL
    60604

Legal Privilege



Brooks

09/22/2023-26